**Case No. 24-6332**

---

### IN THE UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

---

Penny Quinteros,
*Plaintiff-Appellant, (pro se)*

v.

InnoGames, Hendrick Klindworth, Michael Zillmer,
Julie Blan, and Richard Stephenson,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Western District of Washington
No. 19-cv-1402 - RSM
The Honorable Ricardo S. Martinez

---

### EXCERPT OF RECORD[1]

### INDEX VOLUME

---

Penny Quinteros, Esq.
19338 133rd PL SE
Renton, WA 98058
206-661-8292
253-854-2788

*Pro Se*

[1]Please note, appellant is proceeding *pro se*, and under FRAP 30-1.3 is not required to submit an excerpt. Appellant has chosen to do so, but has omitted Exhibit 10, District Court Docket #54, as it is 1495 pages and would be cost-prohibitive to print.

i

INDEX VOLUME

TABLE OF CONTENTS

## Volume 1

District Court Order Granting Second Motion to Dismiss – Docket 126......................................2

Minute Order Decision Denying Supplemental Authority – Docket 125.................................27

Minute Order Decision Denying Extension of Time – Docket 119.....................................28

Order Granting Defendants' Extension of Time – Docket 112...................................29

Order Changing Answer Deadline to June 17, 2024 – Docket 108............................32

Order Extending Time File Answer – Docket 106.............................................34

Order Denying Reconsideration – Docket 97.................................................50

Order Granting Motion to Dismiss – Docket 94..............................................55

Order Granting Motion to Dismiss as to Julie Blan – Docket 34............................73

Order on *Ex Parte* Motions Including Pseudonym – Docket 13.............................82

## Volume 2

Third Amended Complaint – Docket 107-2.....................................................92

Amended Complaint – Docket 52............................................................161

Original Complaint – Docket 1-2..........................................................218

Praecipe to Add Supplemental Authority– Docket 124......................................232

2024 Reply on Motion to Dismiss – Docket 123............................................254

2024 Opposition to Motion to Dismiss– Docket 122........................................269

2024 Motion to Dismiss – Docket 114.....................................................300

2024 Exhibits to Motion to Dismiss – Docket 115.........................................335

2019 Blan Motion to Dismiss – Docket 18.................................................359

2019 Blan Revised Motion to Dismiss – Docket 29.........................................363

Sexual Advertisements – Exhibit 18 – Docket 84..........................................370

2024 Ninth Circuit Court of Appeals Decision............................................393